**Couch Conville Blitt**

Attorneys & Counselors at Law

*Louisiana • Mississippi • Alabama • Tennessee • Texas*

Christopher J. Couch [1]
J. Ward Conville [3]
Fred N. Blitt [5]
Bradley J Chauvin [1]
James N. Hull [4]
Benjamin G. Lambert [1]
W. James Sears [1]
Adam M. Stumpf [1]
Michael D. Troendle [6]
Lisa L. Meggs [1]
Malea A. Higdon [4]
Christine M. Keller [1]
Shawn R. Redman [10]

*Of Counsel*
J. Scott Loeb [1]
Evalina C. Cheadle [9]

[1] Licensed in Louisiana only
[2] Licensed in Illinois only
[3] Licensed in Mississippi, Tennessee
[4] Licensed in Alabama only
[5] Licensed in Louisiana, Mississippi, Tennessee
[6] Licensed in Tennessee only
[7] Licensed in Alabama, Mississippi
[8] Licensed in Texas only
[9] Licensed in Louisiana, Mississippi
[10] Licensed in Texas, Louisiana

August 14, 2013

MRS KAREN PASSMORE

HEWITT TX 76643

Re: FIA CARD SERVICES, N.A.
Account of: MRS KAREN PASSMORE
Our File: Y3-21204-FD
Original Account #: *************0050
Post Charge Off Account #: ************5175

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR THIS IS AN ATTEMPT TO COLLECT A DEBT AND ALL INFORMATION WILL BE USED FOR THAT PURPOSE**

We represent FIA CARD SERVICES, N.A. in the above matter, which was previously placed with the law office of Edward T. Burke & Associates, P.C. The amount of **$9,029.05** is past due. If you fail to contact this office, remedies to recover the balance may be considered.

On behalf of our firm and our client we are providing the following notice:

Unless you notify us within 30 days after receipt of this letter that the validity of this debt, or any portion of it, is disputed, we will assume that the debt is valid. If you notify us of a dispute, in writing, we will obtain verification of the debt and mail it to you. Also, upon your written request within 30 days, we will provide you with the name and address of the original creditor if different from the current creditor.

We have the ability to process your payment through electronic checking payment Processing. There is no cost for this service and many people have been taking advantage of this free, easy and timely payment solution. By using this service, you avoid postage and assure timely payment without relying upon the U.S. Postal Service. In the event you are interested, please contact our office at 1-800-561-0042 as soon as possible.

Sincerely,
COUCH, CONVILLE & BLITT LLC

****This account is issued and administered by FIA Card Services, N.A.****

Mailing Address: 1450 Poydras St., Suite 2200, New Orleans, LA 70112

Louisiana: 1450 Poydras Street, Suite 2200, New Orleans, LA 70112 - 504-838-7747 - (f) 504-838-0244
Mississippi: 1301 West Pine Street, Hattiesburg, MS 39401 - 866-282-3853 - (f) 601-584-8619
Alabama: 1541 Cooper Hill Road, Birmingham, AL 35210- 866-282-3853 - (f) 504-838-0244
Tennessee: 144 Second Avenue North, Suite 200, Nashville, TN 37201-866-372-3120-(f) 888-477-8974
Texas: 6200 Savoy Drive, Suite 440, Houston, TX 77036 -713-952-1700-(f) 713-952-8375